# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
CURTIS, CHARLES R.                    §   Case No. 12-08454
CURTIS, JULIE E.                      §
                                      §
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKRUPTCY COURT
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/30/2013 in Courtroom 240,
> United States Courthouse
> Old Kane County Courthouse
> 100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CURTIS, CHARLES R. § Case No. 12-08454
CURTIS, JULIE E. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,091.37 |
| and approved disbursements of | $ | 134.40 |
| leaving a balance on hand of[1] | $ | 30,956.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 3,859.14 | $ 0.00 | $ 3,859.14 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 2,341.00 | $ 0.00 | $ 2,341.00 |
| Other: International Sureties, Ltd. | $ 33.14 | $ 33.14 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,200.14 |
| Remaining Balance | | $ | 24,756.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,062.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 8,747.03 | $ 0.00 | $ 5,148.22 |
| 2 | Von Maur | $ 235.35 | $ 0.00 | $ 138.52 |
| 3 | FIA CARD SERVICES NA | $ 24,584.35 | $ 0.00 | $ 14,469.55 |
| 4 | OAD Orthopaedics, Ltd. | $ 860.89 | $ 0.00 | $ 506.69 |
| 5 | PYOD, LLC, as assignee of Citibank | $ 6,701.02 | $ 0.00 | $ 3,944.00 |
| 6 | ELAN FINANCIAL SERVICES | $ 119.94 | $ 0.00 | $ 70.59 |
| 7 | Capital One, N.A. | $ 814.27 | $ 0.00 | $ 479.26 |
| | Total to be paid to timely general unsecured creditors | | $ | 24,756.83 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                                    Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 12-08454-CAD
Charles R. Curtis                                               Chapter 7
Julie E. Curtis
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 2              Date Rcvd: May 02, 2013
                              Form ID: pdf006            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2013.
db/jdb        +Charles R. Curtis,    Julie E. Curtis,    196 Abbey Lane,    Geneva, IL 60134-4664
18572259       Bank of America,    POB 851001,    Dallas, TX 75285-1001
18572258       Bank of America,    POB 5170,    Simi Valley, CA 93062-5170
18572260      +Capital One,    POB 26074,    Richmond, VA 23260-6074
19330751       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
19591956       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18572261       Central DuPage Hospital,    POB 4090,    Carol Stream, IL 60197-4090
18572262       Chase,    Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
18572263      +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
18912847       CoSport,    2525 Kaneville Rd,    Geneva, IL 60134-2578
18912848      +Delnor Community Hospital,    300 Randall Road,    Geneva, IL 60134-4202
19336402       FIA CARD SERVICES NA,    in interest to Bank of America,    4161 Piedmont Parkway,    NC4 105 03 14,
                Greensboro, NC 27410
18912849       Huyen Phan, M.D.,    Central Dupage in Patient Physician,    2525 N Winfield Rd 4 North Tower,
                Winfield, IL 60190
18572265       Inland Bank,    POB 790408,    Saint Louis, MO 63179-0408
18572264      +Inland Bank,    5456 S. LaGrance Rd.,    La Grange, IL 60525-2851
18912850      +Luis Manrique, MD,    Central Dupaage Physician Group,    25 N Winfield Rd Ste 507,
                Winfield, IL 60190-1295
18912851       Lynette Sampey, CPA,    PS Accounting, Inc,    1382 Keenland Dr,    Bartlett, IL 60103
18572267      +OAD Orthopaedics, Ltd.,    Director of Finance,    OAD Orthopaedics, LTD,    27650 Ferry Rd,
                Warrenville, IL 60555-3845
18572268       PNC Bank,    BR-YB58-01-5,    POB 5570,    Brecksville, OH 44101-0570
18912852      +Thomas Ryan,    15270 Classic Dr,    Bath, MI 48808-8767
19378257      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,     AS SERVICER FOR INLAND BANK AND TRUS,
                BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
18572270      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     6565 Brady Street,    Davenport, IA 52806)
18572269       Valley Emergency Care,    PO B9367,    Daytona Beach, FL 32120-9367
18572271       West Central Anesthesiology,    8386 Solutions Center,    Chicago, IL 60677-8003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18572266       E-mail/Text: bnckohlsnotices@becket-lee.com May 03 2013 00:33:40      Kohl's,
                Bill Payment Center,    POB 2983,    Milwaukee, WI 53201-2983
19372243      +E-mail/Text: resurgentbknotifications@resurgent.com May 03 2013 00:33:08
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: bchavez              Page 2 of 2             Date Rcvd: May 02, 2013
                               Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2013 at the address(es) listed below:

        Carl F. Safanda, Esq    on behalf of Joint Debtor Julie E. Curtis rsafanda@xnet.com
        Carl F. Safanda, Esq    on behalf of Debtor Charles R. Curtis rsafanda@xnet.com
        Meredith S Fox    on behalf of Trustee Thomas E Springer mfox@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, jkrafcisin@springerbrown.com
        Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

        TOTAL: 6