UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
CURTIS, CHARLES R.                        §    Case No. 12-08454
CURTIS, JULIE E.                          §
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America POB 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Inland Bank 5456 S. LaGrance Rd. La Grange, IL 60525 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank BR-YB58-01-5 POB 5570 Brecksville, OH 44101-0570 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America POB 851001 Dallas, TX 75285-1001 | | | | | |
| | Capital One POB 26074 Richmond, VA 23260 | | | | | |
| | Central DuPage Hospital POB 4090 Carol Stream, IL 60197-4090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service POB 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service POB 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service POB 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citi Cards Processing Center Des Moines, IA 50363 | | | | | |
| | Inland Bank POB 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Kohl's Bill Payment Center POB 2983 Milwaukee, WI 53201-2983 | | | | | |
| | OAD Orthopaedics, Ltd. POB 661307 Chicago, IL 60666-1307 | | | | | |
| | Valley Emergency Care PO B9367 Daytona Beach, FL 32120-9367 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur POB 790298 Saint Louis, MO 63179-0298 | | | | | |
| | West Central Anesthesiology 8386 Solutions Center Chicago, IL 60677-8003 | | | | | |
| 4 | Oad Orthopaedics, Ltd. | | | | | |
| 1 | Capital One Bank (Usa), N.A. | | | | | |
| 7 | Capital One, N.A. | | | | | |
| 6 | Elan Financial Services | | | | | |
| 3 | Fia Card Services Na | | | | | |
| 5 | Pyod, Llc Its Successors And Assign | | | | | |
| 2 | Von Maur | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-08454 CAD Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CURTIS, CHARLES R. | Date Filed (f) or Converted (c): | 03/05/12 (f) |
| | CURTIS, JULIE E. | 341(a) Meeting Date: | 04/16/12 |
| For Period Ending: | 11/22/13 | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 196 Abbey Lane Geneva, IL | 295,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 70.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Chase, Geneva, IL | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings, Chase, Geneva, IL | 25.00 | 0.00 | | 0.00 | FA |
| 5. Savings, Chase, Geneva, IL | 125.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary contents of 4 bedroom home | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 2 Adults | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Chrysler Town & Country | 7,964.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Mercury Mountaineer | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. 2001 Tax Refunds (Estimate) | 5,580.00 | 0.00 | | 0.00 | FA |
| 12. Preference payment (u) Co-Debtor, paid father $32,000 prior to filing petition | 32,000.00 | 32,000.00 | | 31,091.37 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $345,464.00 | $32,000.00 | | $31,091.37 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee discovered the the co-debtor paid her father $32,000 a few weeks before filing the petition. Father will be
repaying entire preference payment by the end of January, 2013.

Initial Projected Date of Final Report (TFR): 04/01/13     Current Projected Date of Final Report (TFR): 04/01/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-08454 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CURTIS, CHARLES R. | Bank Name: | ASSOCIATED BANK |
| | CURTIS, JULIE E. | Account Number / CD #: | *******9510 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1020 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | 12 | Thomas F. Ryan<br>Patricia A. Ryan<br>15270 Classic Drive<br>Bath, MI 48808-8767 | Payment on Settlement<br>of state court counter claim pursuant to Court Order<br>entered 11/15/12. | 1141-000 | 31,091.37 | | 31,091.37 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.42 | 31,077.95 |
| 02/26/13 | 001000 | International Surities, Ltd.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | | 2300-000 | | 33.14 | 31,044.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.72 | 31,003.09 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.12 | 30,956.97 |
| 06/04/13 | 001001 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 3,859.14 | 27,097.83 |
| 06/04/13 | 001002 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,341.00 | 24,756.83 |
| 06/04/13 | 001003 | OAD Orthopaedics, Ltd.<br>Director of Finance<br>OAD Orthopaedics, LTD<br>27650 Ferry Rd<br>Warrenville, IL 60555 | Claim 4, Payment 58.85653% | 7100-000 | | 506.69 | 24,250.14 |
| 06/04/13 | 001004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 1, Payment 58.85678% | 7100-900 | | 5,148.22 | 19,101.92 |
| 06/04/13 | 001005 | Von Maur<br>6565 Brady Street | Claim 2, Payment 58.85702% | 7100-900 | | 138.52 | 18,963.40 |

Page Subtotals 31,091.37 12,127.97

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08454 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CURTIS, CHARLES R. | | Bank Name: | ASSOCIATED BANK |
| | CURTIS, JULIE E. | | Account Number / CD #: | *******9510  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1020 | | | |
| For Period Ending: | 11/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/13 | 001006 | Davenport, IA 52806<br>FIA CARD SERVICES NA<br>in interest to Bank of America<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 3, Payment 58.85675% | 7100-900 | | 14,469.55 | 4,493.85 |
| 06/04/13 | 001007 | PYOD, LLC, as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 5, Payment 58.85671% | 7100-900 | | 3,944.00 | 549.85 |
| 06/04/13 | 001008 | ELAN FINANCIAL SERVICES<br>AS SERVICER FOR INLAND BANK AND TRUS<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 6, Payment 58.85443% | 7100-900 | | 70.59 | 479.26 |
| 06/04/13 | 001009 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 7, Payment 58.85763% | 7100-900 | | 479.26 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 31,091.37 | 31,091.37 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 31,091.37 | 31,091.37 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 31,091.37 | 31,091.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9510 | 31,091.37 | 31,091.37 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 31,091.37 | 31,091.37 | 0.00 |

Page Subtotals      0.00      18,963.40

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08454 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CURTIS, CHARLES R. | Bank Name: | ASSOCIATED BANK |
|  | CURTIS, JULIE E. | Account Number / CD #: | *******9510  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1020 |  |  |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | ============ | ============ | ============ |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*